| OWNER | MOTION PICTURE | Certificate Number |
|---|---|---|
| Laundry Films, Inc. (previously Brass Teapot, LLC) | *The Brass Teapot* | PAu003664393, PAu003571690 |

## Exhibit "1"