| No | email address |
|---|---|
| 1 | blackhbosss@gmail.com |
| 2 | pintumanas@gmail.com |
| 3 | bigdaddybaltimore@gmail.com |
| 4 | acidbathfiend78@gmail.com |
| 5 | zhicai.xia@gmail.com |
| 6 | dawj24@gmail.com |
| 7 | captaintridden@gmail.com |
| 8 | writer4thescreen@gmail.com |
| 9 | aleksandrov.com@gmail.com |
| 10 | ysimone@gmail.com |
| 11 | debra.bickford@gmail.com |
| 12 | xspace.ws@gmail.com |
| 13 | sonic2585@gmail.com |
| 14 | seachick2015@gmail.com |

Exhibit "2"