## DECLARATION OF DANIEL ARHEIDT

Daniel Arheidt, hereby declares under penalty of laws of the United States of America that the following is true and correct:

1. I am over the age of 18 and am competent to make this declaration. This declaration is based upon my personal knowledge and the facts stated therein are true and accurate.

2. I work in the technical department of Maverickeye UG (haftungsbeschränkt) ("MEU"), a company incorporated in Eggenstein and organized under the laws of Germany. MEU is in the business of providing forensic investigation services to copyright owners. As a part of my regular duties I oversee the database and records maintained by MEU.

3. MEU monitors peer-to-peer/BitTorrent networks for acts of distribution of MEU clients' motion picture through the use of proprietary MaverikMonitor™ software.

4. In general, BitTorrent operates with a number of parties joining in a swarm to both download files and share/upload files with other swarm members, commonly called peers.

5. Members of a swarm broadcast, or register, their Internet protocol ("IP") address with Trackers, hosted by third parties, and Distributed Hash Tables

1

("DHT's"), generally hosted by the members of a swarm of peers, to allow them to be located and to locate other members sharing a distinct file.

6. Both Trackers and DHT's are publicly broadcasted resources for anyone who wishes to locate and join a swarm to download a file. Files can be movies, T.V. shows, software or any available information being uploaded or distributed. In essence, Trackers and DHT's are the 'phone books' or lists of IP addresses where uploaders/peers register as being a resource for others to download a specific file, or where they look to find lists of others from whom they may download a file.

7. MaverikMonitor records cross-reference ("X-Ref") data from broadcast sources such as Trackers and DHT's. The data of the X-Ref tool reflects third party registrations of IP addresses as being a resource for anyone that wishes to join a swarm to download a file.

8. I have reviewed the MaverikMonitor evidence logs, and can confirm the allegations of X-Ref data set forth on the attached Exhibit including IP addresses, times, and hash values, accurately reflect data collected by MaverikMonitor regarding instances of actual broadcasted data advertising availability of distribution of the motion pictures by the infringing IP addresses.

I declare under penalty of perjury that the foregoing is true and correct.

...

DATED: Eggenstein, Germany, September 28, 2020.

_____
Daniel Arheidt

| Doe No. | IP | Filename |
|---:|---|---|
| 1 | 24.176.163.190 | The Brass Teapot 2012 [BluRay] [720p] [YTS] [YIFY] |
| 2 | 24.178.225.79 | The Brass Teapot 2012 [BluRay] [720p] [YTS] [YIFY] |
| 3 | 45.51.183.20 | The Brass Teapot 2012 [BluRay] [720p] [YTS] [YIFY] |
| 4 | 65.30.141.11 | The Brass Teapot 2012 [BluRay] [720p] [YTS] [YIFY] |
| 5 | 70.116.107.180 | The Brass Teapot 2012 [BluRay] [720p] [YTS] [YIFY] |
| 6 | 72.17.74.243 | The Brass Teapot 2012 [BluRay] [720p] [YTS] [YIFY] |
| 7 | 72.189.122.88 | The Brass Teapot 2012 [BluRay] [720p] [YTS] [YIFY] |
| 8 | 96.58.113.30 | The Brass Teapot 2012 [BluRay] [720p] [YTS] [YIFY] |
| 9 | 98.14.55.85 | The Brass Teapot 2012 [BluRay] [720p] [YTS] [YIFY] |
| 10 | 172.101.122.143 | The Brass Teapot 2012 [BluRay] [720p] [YTS] [YIFY] |
| 11 | 173.175.147.81 | The Brass Teapot 2012 [BluRay] [720p] [YTS] [YIFY] |
| 12 | 173.239.232.23 | The Brass Teapot 2012 [BluRay] [720p] [YTS] [YIFY] |
| 13 | 173.239.232.101 | The Brass Teapot 2012 [BluRay] [720p] [YTS] [YIFY] |
| 14 | 184.89.56.197 | The Brass Teapot 2012 [BluRay] [720p] [YTS] [YIFY] |

**Exhibit "3"**

| Doe No. | IP | Filehash |
|---|---|---|
| 1 | 24.176.163.190 | 194D45F39D4B538E8453548E4D30F139E0F2B3D7 |
| 2 | 24.178.225.79 | 194D45F39D4B538E8453548E4D30F139E0F2B3D7 |
| 3 | 45.51.183.20 | 194D45F39D4B538E8453548E4D30F139E0F2B3D7 |
| 4 | 65.30.141.11 | 194D45F39D4B538E8453548E4D30F139E0F2B3D7 |
| 5 | 70.116.107.180 | 194D45F39D4B538E8453548E4D30F139E0F2B3D7 |
| 6 | 72.17.74.243 | 194D45F39D4B538E8453548E4D30F139E0F2B3D7 |
| 7 | 72.189.122.88 | 194D45F39D4B538E8453548E4D30F139E0F2B3D7 |
| 8 | 96.58.113.30 | 194D45F39D4B538E8453548E4D30F139E0F2B3D7 |
| 9 | 98.14.55.85 | 194D45F39D4B538E8453548E4D30F139E0F2B3D7 |
| 10 | 172.101.122.143 | 194D45F39D4B538E8453548E4D30F139E0F2B3D7 |
| 11 | 173.175.147.81 | 194D45F39D4B538E8453548E4D30F139E0F2B3D7 |
| 12 | 173.239.232.23 | 194D45F39D4B538E8453548E4D30F139E0F2B3D7 |
| 13 | 173.239.232.101 | 194D45F39D4B538E8453548E4D30F139E0F2B3D7 |
| 14 | 184.89.56.197 | 194D45F39D4B538E8453548E4D30F139E0F2B3D7 |

| Doe No. | IP | FoundDate (UTC) 12:00:01 | Country |
|---|---|---|---|
| 1 | 24.176.163.190 | 2020-06-23 | US |
| 2 | 24.178.225.79 | 2019-10-14 | US |
| 3 | 45.51.183.20 | 2020-03-21 | US |
| 4 | 65.30.141.11 | 2020-04-22 | US |
| 5 | 70.116.107.180 | 2019-08-03 | US |
| 6 | 72.17.74.243 | 2020-06-02 | US |
| 7 | 72.189.122.88 | 2019-12-19 | US |
| 8 | 96.58.113.30 | 2019-10-25 | US |
| 9 | 98.14.55.85 | 2020-05-23 | US |
| 10 | 172.101.122.143 | 2020-01-10 | US |
| 11 | 173.175.147.81 | 2019-09-09 | US |
| 12 | 173.239.232.23 | 2019-08-11 | US |
| 13 | 173.239.232.101 | 2019-07-31 | US |
| 14 | 184.89.56.197 | 2019-07-25 | US |

| Doe No. | IP | Region |
|---|---|---|
| 1 | 24.176.163.190 | USA - Colorado |
| 2 | 24.178.225.79 | USA - Colorado |
| 3 | 45.51.183.20 | USA - Colorado |
| 4 | 65.30.141.11 | USA - Colorado |
| 5 | 70.116.107.180 | USA - Colorado |
| 6 | 72.17.74.243 | USA - Colorado |
| 7 | 72.189.122.88 | USA - Colorado |
| 8 | 96.58.113.30 | USA - Colorado |
| 9 | 98.14.55.85 | USA - Colorado |
| 10 | 172.101.122.143 | USA - Colorado |
| 11 | 173.175.147.81 | USA - Colorado |
| 12 | 173.239.232.23 | USA - Colorado |
| 13 | 173.239.232.101 | USA - Colorado |
| 14 | 184.89.56.197 | USA - Colorado |

| Doe No. | IP | ISP |
|---|---|---|
| 1 | 24.176.163.190 | Charter Communications |
| 2 | 24.178.225.79 | Charter Communications |
| 3 | 45.51.183.20 | Charter Communications Inc |
| 4 | 65.30.141.11 | Charter Communications Inc |
| 5 | 70.116.107.180 | Charter Communications Inc |
| 6 | 72.17.74.243 | Charter Communications, Inc |
| 7 | 72.189.122.88 | Charter Communications Inc |
| 8 | 96.58.113.30 | Charter Communications, Inc |
| 9 | 98.14.55.85 | Charter Communications Inc |
| 10 | 172.101.122.143 | Charter Communications Inc |
| 11 | 173.175.147.81 | Charter Communications Inc |
| 12 | 173.239.232.23 | Private Internet Access, Inc |
| 13 | 173.239.232.101 | Private Internet Access, Inc |
| 14 | 184.89.56.197 | Charter Communications Inc |