**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Byron G. Rogers United States Courthouse
1929 Stout Street, Room C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**                                                                                   303-844-2527
 Judge

February 3, 2021

TO:         Jeffrey Colwell, Clerk

FROM:    Judge Babcock                    s/LTB

RE:         Civil Action No.  21-cv-00325
            Laundry Films, Inc. V. Does 1-14

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp