March 26, 2021

United States District Court for the District of Colorado

Room A 105   901 19th Street

Denver, CO 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 01 2021

JEFFREY P. COLWELL
CLERK

Civil Action No. 21-cv-00325-MSK-MEH

DOE No. 8 (IP Address 96.58.113.30)

Dear Judge,

I am the owner of the IP address above that was identified as mine on 2019-10-25. I am writing this letter to object the Subpoena because I never downloaded the movie *The Brass Teapot 2012*. I never watched this movie and I even do not know. After I received the notice, I found that the movie is readily available in Youtube and I am a premium member of Youtube and it does not make any sense for me to download the movie through other means. Since I have access to Youtube, I have never download a single English movie from other sites since I never felt the need to go beyond Youtube since Youtube already provides more than enough English movies. Therefore the reality is that I have never downloaded the movie *The Brass Teapot 2012* and I do not have the need to do so. And I have never watched it even by now. I even did not know this movie existing before I received this notice. The release of my identity to the Laundry Films will require disclose of privileged matter and subject me to undue burden. I would appreciate your taking me off the list from the subpoena.

Sincerely yours

D.H.M.
6977 East Fowler Avenue
Tampa, FL 33617

To: United States District Court
for the District of Colorado
Room A105 961 19th Street
Denver, CO 80294-3569