IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00325-MSK-MEH

LAUNDRY FILMS, INC.

    Plaintiff,

v.

DOES 1-14,

    Defendants.

---

### NOTICE OF DISMISSAL OF DEFENDANT DOE 1 WITH PREJUDICE

---

    Plaintiff LAUNDRY FILMS, INC. provides notice of its voluntary dismissal under Federal Rule of Civil Procedure ("FRCP") 41(a) of Defendant Doe 1 (IP address 24.176.163.190) with prejudice pursuant to FRCP 41(a)(1)(A)(i).

    Plaintiff does not seek an award of attorney's fees and/or costs.

    No claims, including any counterclaim, cross-claim, or third-party claim, would remain between Plaintiff and Defendant Doe 1 following dismissal.

    Note that this action does not terminate the matter as claims remain against other Defendants.

    No answer or motion for summary judgment has been filed.

DATED: Kailua-Kona, Hawaii, April 13, 2021.

20-025C

/s/ Kerry S. Culpepper
Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:   (808) 464-4047
Facsimile:    (202) 204-5181
E-Mail:         kculpepper@culpepperip.com
Attorney for Plaintiff LAUNDRY FILMS, INC.

2

20-025C