## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00325-MSK-MEH

LAUNDRY FILMS, INC.

     Plaintiff,

v.

DOES 2-14,

     Defendants.

---

### NOTICE OF DISMISSAL OF DEFENDANT DOES 2-14 WITHOUT PREJUDICE

---

     Plaintiff LAUNDRY FILMS, INC. provides notice of its voluntary dismissal under Federal Rule of Civil Procedure ("FRCP") 41(a)(1)(A)(i) of Defendants Does 2-14 <u>without prejudice</u>.

     Defendant Doe 8 filed an Objection [Doc. #17] to the Subpoena on April 1, 2021. Although this Objection was docketed as "Answer to Complaint", it is merely an objection. Moreover, assuming *arguendo* that the Objection was a denial, it fails to comply with FRCP 11(a) because it was not signed.   Accordingly, no answer or motion for summary judgment has been filed.

     Note that this action terminates the matter.

DATED: Kailua-Kona, Hawaii, May 7, 2021.

20-025C

/s/ Kerry S. Culpepper
Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone: (808) 464-4047
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com
Attorney for Plaintiff LAUNDRY FILMS, INC.

2

20-025C